ROOSEVELT RACEWAY, INC. *v.* COUNTY OF
NASSAU ET AL.

No. 732.   Decided January 9, 1967.

*George Morton Levy* for appellant.

*Morris H. Schneider* for the County of Nassau et al.;
*Louis J. Lefkowitz,* Attorney General of New York, *pro se,*
and *Daniel M. Cohen,* Assistant Attorney General, for the
Attorney General of New York, appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is
dismissed for want of a substantial federal question.

MR. JUSTICE STEWART is of the opinion that probable
jurisdiction should be noted.

NEHRING *v.* CITY OF DeKALB ET AL.

No. 758.   Decided January 9, 1967.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.
Treating the papers whereon the appeal was taken as a
petition for a writ of certiorari, certiorari is denied.